1  DINA L. SANTOS, Bar #204200
   Attorney at Law
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

5  Attorney for Defendant
   ALVARO HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 12-394 JAM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| ALVARO HERRERA, ) | |
| Defendant. ) | |
| ) | Date   Feb. 12, 2013 |
| _____ ) | Time:  9:45 a.m. |
| ) | Judge: John A. Mendez |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jill Thomas, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Alvaro Herrera that the status conference scheduled for January 15, 2013 be vacated and the matter be continued to this Court's criminal calendar on February 12, 2013, at 9:45 a.m. for further status.

This continuance is requested by the defense in order to permit counsel to conduct investigation, review discovery, and continue in negotiations with the prosecution in attempt to finalize a plea agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the February 12, 2013, date, and that all Ms. Thomas has authorized Ms. Santos to sign this stipulation on her behalf.

**IT IS SO STIPULATED.**

Dated: Jan 11, 2013 /S/ Dina L. Santos
DINA L. SANTOS
Attorney for
ALVARO HERRERA

Dated: Jan. 11, 2013 /S/ Jill THomas
JILL THOMAS
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: Jan. 11, 2013 /s John A. Mendez
Hon. John A. Mendez
United States District Court Judge

Stipulation and Order 2