```
 1  DINA L. SANTOS, Bar #204200
    Attorney at Law
 2  428 J Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-0160

 4

 5  Attorney for Defendant
    ALVARO HERRERA
 6

 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10

11
    UNITED STATES OF AMERICA,       ) No. CR-S 12-394
12                                  )
                 Plaintiff,         )
13                                  ) STIPULATION AND ORDER VACATING
         v.                         ) DATE, CONTINUING CASE, AND
14                                  ) EXCLUDING TIME
    ALVARO HERRERA,                 )
15               Defendant.         )
                                    ) Date   March 26, 2013
16  _____ ) Time:  9:45 a.m.
                                    ) Judge: John A. Mendez
17

18
         **IT IS HEREBY STIPULATED** by and between Assistant United States
19
    Attorney Jill Thomas, Counsel for Plaintiff, and Attorney Dina L.
20
    Santos, Counsel for Defendant Alvaro Herrera that the status conference
21
    scheduled for February 12, 2013 be vacated and the matter be continued
22
    to this Court's criminal calendar on March 26, 2013, at 9:45 a.m. for
23
    further status.
24
         This continuance is requested by the defense in order to permit
25
    counsel to conduct investigation, continue review of discovery, conduct
26
    legal research regarding Mr. Herrera's criminal history category and
27
    continue in negotiations with the prosecution in attempt to finalize a
28
```

plea agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the March 26, 2013, date, and that all Ms. Thomas has authorized Ms. Santos to sign this stipulation on her behalf.

**IT IS SO STIPULATED.**

Dated: Feb. 8, 2013          /S/ Dina L. Santos
DINA L. SANTOS
Attorney for
ALVARO HERRERA

Dated: Feb. 8,, 2013         /S/ Jill THomas
JILL THOMAS
Assistant United States Attorney
Attorney for Plaintiff

//
///
////

**O R D E R**

**IT IS SO ORDERED.**

        By the Court,

Dated: Feb. 8, 2013                /s/ John A. Mendez
                                       Hon. John A. Mendez
                                       United States District Court Judge